UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61792-CIV-COHN/SELTZER

NATALIE STEVENSON and MISTY DEW,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

P.T.G. ENTERTAINMENT, INC.,
BOOBY TRAP, INC., BTS NORTH, INC.,
and TK PROMOTIONS, INC.,

    Defendants.
_____/

## ORDER FINALLY APPROVING HYBRID RULE 23 AND FLSA SETTLEMENT AND FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiffs' Unopposed Motion for Final Approval of Hybrid Rule 23 and FLSA Settlement [DE 34] ("Motion"). The Motion requests that the Court (1) finally approve the proposed settlement of this action as set forth in the Stipulation of Settlement [DE 29-1] ("Stipulation"); (2) award Class Counsel attorney's fees of $200,000.00 and $900.00 in costs;[1] and (3) approve service awards of $10,000.00 for each of the two named Plaintiffs. The Court has reviewed the Motion, all related filings, and the entire record of this case. Also, earlier today, the Court held a Fairness Hearing concerning the relief sought in the Motion. After carefully considering all these matters, and being otherwise fully advised in the premises, it is

---

[1] In its Order preliminarily approving the settlement, the Court appointed Cullin O'Brien and Denzle Latty as Class Counsel. See DE 32 at 3, ¶ 8; Fed. R. Civ. P. 23(g).

**ORDERED AND ADJUDGED** that Plaintiffs' Unopposed Motion for Final Approval of Hybrid Rule 23 and FLSA Settlement [DE 34] is hereby **GRANTED** as follows:

**Final Certification of Settlement Class**

1. If not otherwise defined in this Order, all capitalized terms herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to Rule 23(c) of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b), the Court finally certifies the following Settlement Class:

   > All persons who worked at the Booby Trap clubs since August 27, 2011, and are listed in the attached Exhibit A. This list includes persons to whom notice was mailed at one or more last known addresses and not returned as undeliverable.

3. Excluded from the Settlement Class are (i) individuals with claims for personal injuries arising from employment at the Booby Trap clubs; (ii) Defendants and their officers, directors, and employees; (iii) persons who filed valid and timely requests for exclusion; and (iv) the Judges to whom this Action is assigned and members of their immediate families.

4. The Court finds that the Settlement Class meets all requirements of Rules 23(a) and 23(b)(3) for class certification of Plaintiffs' state-law claim: (a) the Settlement Class Members are so numerous that joinder of all members is impracticable, (b) there are questions of law and fact common to the Settlement Class, (c) the named Plaintiffs' claims are typical of the Settlement Class Members' claims, (d) Plaintiffs and Class Counsel will fairly and adequately protect the interests of the Class, (e) the questions of law and fact common to the Settlement Class Members predominate over any questions affecting only

individual members of the Class, and (f) a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

5. Plaintiffs have also shown that the Settlement Class meets the requirement to certify the FLSA claims as a collective action, namely, that Plaintiffs and the Settlement Class members are similarly situated. See 29 U.S.C. § 216(b); Morgan v. Family Dollar Stores, Inc., 551 F.3d 1233, 1258 (11th Cir. 2008).

### Final Approval of Stipulation

6. The Court hereby finally approves the Stipulation and the terms and conditions of settlement set forth therein.

7. Pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure, the Court finds that the settlement proposed by the Parties is fair, reasonable, and adequate. Approval of the Stipulation will result in substantial savings of time, money, and effort to the Court and the Parties, and will further the interests of justice.

8. The Court also finds that the proposed settlement is a fair and reasonable resolution of a bona fide dispute about Defendants' compensation policies at the Booby Trap clubs. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982).

### Approval of Form and Method of Class Notice

9. The Court approves, as to form and content, the Class Notice [DE 34-8–34-9] that was mailed to potential Settlement Class Members at their last known addresses, as set forth in the Declaration of Anthony Gomez [DE 37-1] of Optime Administration, LLC, the Court-appointed Settlement Administrator.

10. The Court finds that this distribution of the Class Notice meets the requirements of Federal Rule of Civil Procedure 23 and due process, was the best notice

3

practicable under the circumstances, and constitutes due and sufficient notice to all persons entitled thereto.

### Class Exclusion and Release

11. By definition, any potential Settlement Class Member who did not receive notice or whose mailing was returned as undeliverable is not part of the Settlement Class and is not bound by this Judgment. But all other potential Class Members who have not timely and validly filed requests for exclusion (see Exhibit A hereto) are Settlement Class Members and thus are bound by this Judgment and by the terms of the Stipulation. Four potential Class Members—Oriana Arrasquero, Christine Cespon, Victoria Lopez, and Selina Collazo—filed timely requests for exclusion. Therefore, those persons are excluded from the Settlement Class and are not bound by this Judgment.

12. The Stipulation and this Order are not admissions of liability or fault by Defendants or the Released Parties, or a finding of the validity of any claims in the Action or of any wrongdoing or violation of law by Defendants or the Released Parties. Neither this Judgment, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by Defendants, the Released Parties, or any of them. Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to prohibit the use of the Judgment in a proceeding to consummate or enforce the Stipulation or Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

13. Upon the Effective Date, and subject to fulfillment of all terms of the Stipulation, each and every Releasing Party shall be permanently barred and enjoined from initiating, asserting, and/or prosecuting any Released Claim against any Released Party in any court or any forum. The Plaintiffs and all Settlement Class Members shall, as of the Effective Date, conclusively be deemed to have acknowledged that the Released Claims may include claims, rights, demands, causes of action, liabilities, or suits that are not known or suspected to exist as of the Effective Date. The Plaintiffs and all Settlement Class Members nonetheless release all such Released Claims against the Released Parties. Further, as of the Effective Date, the Plaintiffs and all Settlement Class Members shall be deemed to have waived any and all protections, rights, and benefits of California Civil Code section 1542 and any comparable statutory or common-law provision of any other jurisdiction.

14. The Court hereby **DISMISSES WITH PREJUDICE** this Action and all Released Claims against each and all Released Parties, and without costs to any of the Parties as against the others. Notwithstanding the foregoing, this Order does not dismiss any claims that have been or may be asserted in the future by any persons or entities who have validly and timely requested exclusion from the Settlement Class. More, (1) Settlement Class Members who do not exclude themselves, but do not opt into the FLSA portion of the settlement, do not release FLSA claims; and (2) Settlement Class Members who do not exclude themselves, but opt into the FLSA part of the settlement, release FLSA claims.

## Attorneys' Fees and Service Awards

15. Class Counsel, on behalf of themselves, have applied for an award of attorneys' fees and costs in connection with the prosecution of the Action. The requested fee award is $200,000.00—equaling 20 percent of the value of the total Settlement Funds—plus reimbursement of out-of-pocket expenses totaling $900.00. The Court has considered the submissions by the Parties and all other relevant factors, including the result achieved and the efforts of Class Counsel in prosecuting the claims on behalf of the Class. The efforts of Class Counsel have produced the Stipulation, which was entered into in good faith and provides a fair, reasonable, adequate, and certain result for the Settlement Class. Under these circumstances, the Court finds the requested attorneys' fees and costs to be fair, reasonable, and justified. Accordingly, the Court hereby awards to Class Counsel $200,000.00 in attorneys' fees and $900.00 in costs, to be paid from the Settlement Fund. Class Counsel shall be responsible for distributing and allocating the award of attorneys' fees and costs between themselves in their sole discretion.

16. The two named Plaintiffs have requested service awards in the amount of $10,000 each, for a total of $20,000. Plaintiffs initiated the Action, acted to protect the Settlement Class, and assisted Class Counsel. Based on these and other factors, the Court finds the requested service awards reasonable and appropriate. Thus, for their service in this case, the Court hereby awards $10,000.00 to Plaintiff Natalie Stevenson and $10,000.00 to Plaintiff Misty Dew, to be paid from the Settlement Fund.

## Reservation of Jurisdiction; Final Judgment

17. Without affecting the finality of the Judgment, the Court reserves jurisdiction over the implementation, administration, and enforcement of this Order, the Judgment, and the Stipulation, and all matters ancillary thereto.

18. The Court finding that no reason exists for delay in ordering final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is hereby directed to enter the Judgment forthwith.

19. The Parties are hereby authorized, without needing further approval from the Court, to agree to and adopt such modifications and expansions of the Stipulation, including without limitation, the forms to be used in the claims process, which are consistent with this Judgment and do not limit the rights of Settlement Class Members under the Stipulation.

20. All other relief not expressly granted to the Settlement Class Members is denied.

21. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of October, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

# Exhibit A

1. Dayana Abiague
2. Jennifer Abreu
3. Rosywel Abreu Segura
4. Mairelyn Acosta
5. Amanda Agan
6. Gabriela Aguilar
7. Yuslennis Aguilera
8. Kristine Aguilera
9. Danela Aguilera Castillo
10. Narmin Alasgarli Pelot
11. Janet Alaverez
12. Suyen Alba Lara
13. Yenesis Alfonso
14. Yuledis Alfonso
15. Jocelyn Alfonso
16. Yenisey Alfonso Vasallo
17. Jessica Aljona
18. Tiffany Allen
19. Elaine Almeida
20. Courtney Alston
21. Angela Alvarez
22. Genesis Alzate
23. Angenette Anderson
24. Elain Anderson
25. Cindy Andrade
26. Samoia Andrews
27. Claudia Angulo
28. Ivanna Arechega
29. Kayleigh Arena
30. Lazara Arencibia Borges
31. Iesha Arnold
32. Christian Artiles
33. Lisette Artze
34. Amanda Ascano
35. Christina August
36. Florencia Avalos
37. Aimara Avila Torres
38. Andrea Ayuso
39. Carina Baez
40. Victoria Bailey
41. Shayla Baldwin
42. Venise Baquerfo
43. Carla Baralt Ferrer
44. Yudith Barcelo
45. Yalianis Barcena Rodriguez
46. Sarah Barger
47. Michelle Barientos
48. Heidis Barranco Coello
49. Rosa Ana Barrera Aristizabal
50. Michelle Barrientos
51. Sabrina Barrios
52. Gina Baseiro
53. Cristy Bastardo
54. Brenda Bastos
55. Veronica Batista
56. Veronica Batista
57. Brianna Bautista
58. Yiuri Bayona
59. Maria Bejerano Rodriguez
60. Christina Belisle
61. Claudia Beltran
62. Tia Bennett
63. Rachel Berdayes Muniz
64. Sara Berlanga
65. Carleane Berman
66. Susana Betancourt
67. Janet Betancourt Caballero
68. Emily Blevins
69. Lessette Bojorquez
70. Jenipher Bordon
71. Altagracia Bota
72. Jarde Boudreaux
73. Harley Bourdo
74. Stephanie Bouton
75. Oralene Bower
76. Michelle Brener
77. Ashley Briggle
78. Lauren Brown

79. Sasha Browne
80. Belinda Brreaiba Stoltez
81. Shawnee Burke
82. Vanessa Cabrera
83. Kristina Caffee
84. Bianca Cagical
85. Yanelis Calvo Cepero
86. Hannah Campo
87. Giseell Campos
88. Crystal Cano Aristizabal
89. Amelia Caramay Hernandez
90. Iyana Cardwell
91. Laura Carera Montero
92. Brittni Carpenter
93. Elizabeth Carrasco
94. Jasmin Carrasoullo
95. Irabelis Carrazana
96. Tifany Carrillo
97. Sasha Cartagena
98. Ivansia Carvajal
99. Mossie Cason
100. Maria Cassola Valdes
101. Leidys Castilla
102. Yuneysi Castillo
103. Alexa Castro
104. Kaylee Castro
105. Jessica Castro Dominguez
106. Gina Castro Soriano
107. Makenzie Cater
108. Ledydis Ceballos
109. Diana Celis Arenas
110. Rachel Ceolla
111. Yenny Cervantes Cruz
112. Shantel Chester
113. Judith Chi
114. Courtney Childers
115. Naleia Childress
116. Jensen Childs
117. Ster Cireus
118. Alicia Cisneros
119. Christina Clark
120. Catherine Clifton
121. Katherine Colabella
122. Llunaivy Colina Aguero
123. Gretel Colombo
124. Perla Colon
125. Alenamarie Colton
126. Yeniree Contreras Morillo
127. Diana Cooper
128. Kayli Cooper
129. Maraisa Coronetti
130. Hailey Corrente
131. Rocio Correnti
132. Rubia Correra
133. Farrah Cortes
134. Ojea Crosby
135. Ginger Cross
136. Estefania Cruz
137. Danelys Cueto Rodriguez
138. Charelle Cunningham
139. Marytcarla Curbelo
140. Alexis Curry
141. Demaina Dacosta
142. Danielle Dahners
143. Alexis Daniel
144. Evony Davis
145. Angelica Daza Rojas
146. Yamila De La Coba Tase
147. Yezenia De La Flor Ventrua
148. Diana De Leon Castillo
149. Yenibel De Los Santos
150. Corianne De Poo Preater
151. Rosemary DeJesus
152. April Del Los Santos
153. Nelynette Delatorre
154. Denise Delaya
155. Odania Delgado
156. Wendy Delgado Rivas
157. Christina DelVillar
158. Sonja Denney
159. Jessica Derricott
160. Misty Dew
161. Amelia Diaz
162. Ingrid Diaz
163. Deiyalen Diaz Garcia
164. Stephanie Diaz Ingrid
165. Jennifer Dillon
166. Vanessa Dios

167. Angela Dominguez
168. Gretter Dominguez Mendez
169. Ashley Done
170. Ashanti Douglas
171. Ashley Dupper
172. Echazabal
173. Alexis Ellsworth
174. Marie Encarnacion
175. Mariah Ennard
176. Maria Enriquez
177. Cristina Escarra
178. Valeria Escoto
179. Laissa Espinosa
180. Estela Espinoza
181. Johana Espinoza
182. Marzela Espinoza
183. Laura Estrada-Batista
184. Solange Eussa
185. Abeidy Fabelo
186. Priscilla Feierabend
187. Ayssa Feldman
188. Jessica Feldmann
189. Yamilys Felipe Martinez
190. Mirla Fernandez
191. Moya Fernandez De Velazco
192. Rachel Fernandez Llamo
193. Osmayda Fernandez Lores
194. Rosalina Fernandez Paez
195. Camisha Fidler
196. Mia Finney
197. Oneida Fitzgerald
198. Amberlee Flores
199. Franchesca Flores
200. Eunice Flores Thomas
201. Roxanna Font Garcia
202. Karina Fontaine
203. Terika Foote
204. Giselle Franco Lissabet
205. Meagan Franklin
206. Lakeisha Frazier
207. Michelle Freites
208. Jeferlyn Frias
209. Arlenis Fruto
210. Adianet Fuentes
211. Dayana Fuentes Fabelo
212. Jenny Fuentes Vazquez
213. Yessica Fundora Guiterrez
214. Yessica Fundora Gutierrez
215. Alyssa Gadson
216. Jessica Garcia
217. Rosie Garcia
218. Maria Garcia
219. Nicole Garcia
220. Cristina Garcia
221. Tamesha Garcia
222. Ayani Garcia
223. Victoria Garcia
224. Yenny Garcia Abreu
225. Lys Garcia Araneta
226. Claudia Garcia Fernandez
227. Yeisenis Garcia Gonzalez
228. Barbara Garcia Morales
229. Marianne Garcia Pardon
230. Samantha Gates
231. Doraimy Gato Gonzalez
232. Lixandra Gelaber Matos
233. Stephanie Gerogianis
234. Yairis Gerro Rodriguez
235. Jennifer Gettinger
236. Adrian Giafardino
237. Cynthia Giles
238. Kristine Giordano
239. Valeria Giraldo Velasquez
240. Janessa Gix
241. Alexandria Goff
242. Sarah Goldberg
243. Barbara Gomez Campo
244. Maria Gonzalez
245. Yisel Gonzalez
246. Priscilla Gonzalez
247. Claudia Gonzalez
248. Meilin Gonzalez
249. Sheyla Gonzalez
250. Byanka Gonzalez
251. Darling Gonzalez
252. Yahaira Gonzalez
253. Lianet Gonzalez
254. Doraimy Gonzalez

255. Ayme Gonzalez Guirado
256. Haydee Gonzalez Hernandez
257. Mailin Gonzalez Hernandez
258. Idania Gonzalez Lima
259. Yeimy Gonzalez Madrid
260. Cindy Gonzalez Zamudio
261. Johanna Gordillo
262. Jenee Gordon
263. Nayare Granda Mesa
264. Haley Gravitt
265. Lauren Graziano
266. Anna Griffin
267. Ireland Gross
268. Rebecca Guajardo
269. Laura Guanche
270. Diana Gubarik
271. Vanisleydi Guera Brinsher
272. Janeli Guerra
273. Jennifer Guerrero
274. Kimberly Guerrero
275. Christine Guerrero
276. Paula Guiterrez
277. Ariatny Gutierrez
278. Heidy Gutierrez
279. Aylin Gutierrez Guerra
280. Denise Hahn
281. Stephanie Hames
282. Michelle Hamm
283. Ashley Harris
284. Jennifer Hars
285. Deja Hayes
286. Emily Heichelbech
287. Amanda Helton
288. Muriell Henrique
289. Chernioua Henry
290. Rosnelys Hera Fernandez
291. Jennifer Hernandez
292. Jacqueline Hernandez
293. Irisleidy Hernandez
294. Tasha Hernandez
295. Liliana Hernandez
296. Patricia Hernandez
297. Eunice Hernandez
298. Azalie Hernandez
299. Mirtha Hernandez
300. Monique Hernandez
301. Yusmila Hernandez
302. Ashley Hernandez
303. Aida Hernandez
304. Mendy Hernandez Navarro
305. Yusmila Hernandez Ruiz
306. Zandy Hernandez Yaque
307. Saria Hickman
308. Raneka Hicks
309. Yisel Hidalgo Bano
310. Yarisleidy Hidlago Ramirez
311. Minjon Hill
312. Martisa Hill
313. Chania Hilt
314. Elizabeth Hoffman
315. Laura Holguin Jamie
316. Tahanie Hollman
317. Roseanne Horton
318. Yanet Infante Ramirez
319. Keeneedra Isaacs
320. Samantha Isaacson
321. Keeneedra Issacs
322. Samantha Issacson
323. Lashaunda Jackson
324. Meng Jackson
325. Jeri Jackson
326. Fabiana Jaramillo Castro
327. Shirraine Jardine
328. Rennishol John
329. Vanessa Johnson
330. Sarah Johnson
331. Karissa Johnson
332. Erin Johnson
333. Kelly Johnson
334. Yarleni Johnson
335. Alexis Johnson Varnado
336. Marla Johnston
337. Valesia Jones
338. Ashely Jones
339. Alixandra Jorge
340. Amarnita Jorge
341. Maria Juanes Enriquez
342. Lyrric Kennedy

343. Yuleimys Kessel
344. Kiara Kiara
345. Tamera Kissen
346. Sarah Koetting
347. Hanah Kolaiat
348. Jill Kraszewski
349. Natalie Kusani
350. Natascha La Madrid
351. Sunileydis La Rosa Gonzalez
352. Helen La Torre
353. Haylee LaFramboise
354. Maria Land Oliver
355. Anay Lara Aquino
356. Kathyleen Lata
357. Diana Lavayen
358. Vanessa Lazcano
359. Alexis Le Bron
360. Jasmine Lee
361. Tiffany Leeper
362. Nicole Leon
363. Carline Leopold
364. Jordan Leslie
365. Dainelis Leyva
366. Cynthia Linares
367. Megan Lokuan
368. Brittany Long
369. Elizabeth Lopez
370. Sophia Lopez
371. Karina Lopez
372. Christina Lopez
373. Cari Lopez
374. Paoloa Lopez
375. Yorlaine Lopez Oropeza
376. Mariana Lopez Ortiz
377. Maria Losada Gose
378. Katelyn Lossen
379. Megan Loxuan
380. Ariel Lue
381. Angie Luna
382. Merlin Luzardo
383. Sarah Lynch
384. Kathryn MacClary
385. Michelle Madriz
386. Yisleisi Madruga Marquez
387. Gretel Maga
388. Dalia Magarinos
389. Jessica Malave
390. Iris Maldonado
391. Linda Manivong
392. Kimberly Manivong
393. Rossina Mannarelli
394. Vanny Mao
395. Halley Marfisi
396. Evelin Marin
397. Tatiana Marin Veloz
398. Vanessa Marquez
399. Valeria Marquina
400. Annisley Marrero Riveron
401. Jessica Marshall
402. Jaifet Martin
403. Oralys Martinez
404. Yunaika Martinez
405. Jennifer Martinez
406. Tatiana Martinez
407. Afrada Martinez
408. Emily Martinez
409. Barbara Martinez
410. Jessica Martinez
411. Daimary Martinez Consuegra
412. Lianet Martinez Hernandez
413. Wilma Martinez Hernandez
414. Yuney Martinez Orta
415. Jany Martinez Perez
416. Jenett Martinez Pupo
417. Daymi Martinez Velazquez
418. Solanhs Matos Delfino
419. Kajahnin Matthews
420. Laura Mauriello
421. Ashley McClellan
422. Laura McDonald
423. Ilin McOutia Costu
424. Katherine Mcrae
425. Melissa Meadows
426. Josienne Medrano
427. Agnes Medrano
428. Ashley Mehaffie
429. Christina Mejia
430. Thayshell Mejia

431. Carolyn Mejia
432. Sabrina Mercer
433. Carolina Messa
434. Bianca Meyers
435. Miranda Meyrellys
436. Gina Mickelsen
437. Alison Miller
438. Aimee Miller
439. Yadialys Miranda
440. Selena Miranda
441. Catherine Montalvan Ramirez
442. Jiovanni Montenegro
443. Margarita Montes
444. Jasmine Montina
445. Mariam Montoya
446. Lymary Monzon
447. Yvette Morales
448. Yarianna Moreira Cruz
449. Adriana Morejon Betancourt
450. Suslay Morejon Romero
451. Eleanny Moreno
452. Yordania Moreno
453. Yenny Morffi Perez
454. Lisandra Moron Lopez
455. Taheerah Moten
456. Hellen Mugweru
457. Ariadna Mustelier Peral
458. Fatimah Nance
459. Lisandra Napoles Suarez
460. Katelyn Naso
461. Alexandria Nattile
462. Vanessa Navarro
463. Laquanda Navarro
464. Carmen Navarro
465. Justice Neal
466. Marshe Neloms
467. Jasmine Nelson
468. Kayla Nesbitt
469. Amanda Nevers
470. Ainhu Nguyen
471. Cibele Ninomya
472. Shevonne Nixon
473. Jessika Novozhilova
474. Nia Nuckols
475. Maday Nunez
476. Yanuaria Nunez Sanchez
477. Tina Nyugen
478. Melissa Oconnor
479. Monica Olden
480. Autumn Oldenburg
481. Wendy Olivera
482. Yanet Olivera Perez
483. Haley Olvey
484. Katye Oppizzi
485. Jennifer Ortiz
486. Sarah Ortiz Rosabal
487. Linda Osorio
488. Yanelis Osorio Bernal
489. Samantha Oswald
490. Gabrielle Otero-Wiener
491. Elizabeth Owens
492. Isairma Ozuna Peraza
493. Jaylis Pacheco
494. Kristy Padilla
495. Diana Palacio
496. Nubia Paredes-Ortega
497. Kristine Patterson
498. Rachelle Pauli
499. Enelsy Pedre
500. Veronica Peillon Martin
501. Angie Pelegrin
502. Francesca Pelissier
503. Dennisa Pena
504. Bianca Pena
505. Krystal Penney
506. Cynthia Perez
507. Ana Perez Benitez
508. Yaimara Perez Cabrera
509. Melanie Perez Fornos
510. Zuhey Perez Gomez
511. Jessica Perez Martin
512. Anabel Perez Rivera
513. Eliany Perez Valdes
514. Tatiana Perez-Ruiz
515. Mylinh Pham
516. Brittan Phillips
517. Christy Pierre
518. Alexa Pierre Louis

519. Yinelly Pineiro Dones
520. Natalia Pinheiro
521. Natalee Pino
522. Audrey Planck
523. Destiny Plummer
524. Disney Pola
525. Noelia Ponce Almaguer
526. Anaidis Portillo
527. Brenndan Poulton
528. Marcella Powell Howard
529. Jenay Prichette
530. Fernanda Quesda
531. Dayaisis Quevedo Ruiz
532. Elizabeth Quiles
533. Miriam Quinn
534. Laura Quintero
535. Korinne Rabassa
536. Elizabeth Rafael
537. Veronica Ramirez
538. Kristen Ramos
539. Leydis Rangel
540. Ashley Redd
541. Danay Rego Plasencia
542. Jennifer Reider
543. Lavanda Reiniger
544. Katia Renaldo Oropeza
545. Laidys Reyes Espinosa
546. Ana Reyes Fabian
547. Juana Reyes Flores
548. Maria Rickles
549. Ceara Riffey
550. Seti Rios
551. Rosely Rivas
552. Annie Rivera
553. Sabrina Rivera
554. Meraly Rivera
555. Kimberly Rivera
556. Adriana Rivera
557. Yoandra Rivero
558. Kiley Robertson
559. Marria Robinson Quiana
560. Tabitha Rodriguez
561. Mayisleyvi Rodriguez
562. Sheila Rodriguez
563. Basialee Rodriguez
564. Yenia Rodriguez
565. Caterine Rodriguez
566. Rosa Rodriguez
567. Jennifer Rodriguez
568. Ariagna Rodriguez
569. Elizabeth Rodriguez
570. Bethany Rodriguez
571. Shera Rodriguez
572. Daile Rodriguez
573. Luzleyn Rodriguez Gonzalez
574. Ariana Rogers
575. Ashley Roman
576. Cristina Romero
577. Ingrid Romero Moreira
578. Arianna Roque Soto
579. Melissa Rosa
580. Annia Rosabal Reygada
581. Aida Rosado
582. Krystal Rosario
583. Erica Rose
584. Brittany Ross
585. Destiny Ruffino
586. Syndy Ruhman
587. Jasmine Ruiz
588. Jennifer Ruiz
589. Yirlem Ruiz Alejo
590. Tatiana Ruiz Pimentel
591. Shelby Ryan
592. Doty Sadie Jamila
593. Daylin Sagarra
594. Adriana Salas
595. Shannon Salmon
596. Alma Sanchez
597. Yanuira Sanchez
598. Greys Sanchez Reyes
599. Anyelimar Sanchez Rivas
600. Veronica Sanders
601. Tabitha Sanders
602. Carly Sanders
603. Franny Santana
604. Yudisnay Santana Perez
605. Alyna Santiago
606. Jezebel Santiago

607. Margarita Sariol Nortega
608. Karla Sarmiento
609. Stephanie Schanze
610. Stephanie Seedat
611. April Segura
612. Jennifer Sellon
613. Alexandria Senase
614. Isabella Settos
615. Kristina Sharpe
616. Christine Shaw
617. Shannell Silva
618. Angela Simeon
619. Jordan Slade
620. Kiana Slaughter
621. Rachel Smith
622. Imari Smith
623. Ashley Snyder
624. Mariela Sobrefo
625. Luxcy Socarras Gonzalez
626. Brikely Solis Garcia
627. Brittany Somera
628. Gina Soriano
629. Nathalie Sosa
630. Regla Sosa Gonzalez
631. Trisha Soto
632. Angelica Soto
633. Erica Souza
634. Alyssa Sparks
635. Ayana Spence
636. Chloe Stanley
637. Stephanie Stevens
638. Natalie Stevenson
639. Aleshia Strickland
640. Jenae Strunk
641. Jasmin Suarez
642. Shannara Suazo
643. Emily Susana
644. Hadassah Sweet
645. Carina Tahuil
646. Sonya Tamarchenko
647. Ayima Tarrero Valdes
648. Maribel Tavarez
649. Tiffany Taylor
650. Emani Taylor
651. Carla Tena
652. Natalie Teplitsky
653. Brandy Terrell
654. Sharmila Thomas
655. Brenda Thomas
656. Wilnelia Thomas Martinez
657. Isabel Tiedemann
658. Claudia Tiganescu
659. Jentel Tilson
660. April Timmons
661. Nilea Torres
662. Nina Torres
663. Barbara Torres
664. Joseline Torres
665. Yesiney Torres Piedra
666. Tori Towery
667. Krystal Tragesser
668. Isbel Travieso
669. Alianne Trista Castro
670. Anabel Trujillo
671. Bianca Trujillo
672. Jennifer Trujillo Castro
673. Leyani Trujillo Garcia
674. Nicole Truman
675. Brittney Turner
676. Jennifer Turruella
677. Alianny Ulloa Lozada
678. Caroline Umpierre
679. Feymarie Untalan
680. Jennifer Urbina Aguirre
681. Mercedes Vadi
682. Katherine Valdes
683. Julia Valdes
684. Dania Valdes
685. Betsy Valdes Huerta
686. Iliana Valencia
687. Yennis Valero Rodriguez
688. Kari Ann Vanden Boogard
689. Nathalie Varga
690. Liliana Vargas Benitez
691. Cecilia Vasques
692. Valentina Vasquez
693. Natalie Vasquez
694. Michelle Vasquez

695. Yvy Vasquez
696. Nerly Vazquez
697. Dayana Vazquez Soto
698. Anivette Vega
699. Shirlys Vega
700. Daneisy Vega Silva
701. Violeta Velasco
702. Zuleika Veliz
703. Vanessa Verme
704. Cind Viana
705. Yisel Vidal
706. Christine Vilaplana
707. Yaniza Villafane Jaspe
708. Tiffany Villalobos
709. Nelsireth Villegas Avila
710. Seanee Virtue
711. Maja Vracar
712. Tiffany Walker
713. Sara Walker
714. Briana Walker
715. Marisa Wallace
716. Ashley Walsh
717. Kerra Ward
718. Naomi Washington
719. Chelsea Weaver
720. Brittnie Webster
721. Brittney Wedge
722. Haley Weihs
723. Daysiona Wellner
724. Sydney White
725. Paula White
726. Nadia Williams
727. Christy Williams
728. China Williams
729. Page Willie
730. Rachel Wilson
731. Molli Wilson
732. Amber Winter
733. Brittany Witt
734. Acacia Wolff
735. Beatrice Wood
736. Keona Wright
737. Elizabeth Yepes Lopez
738. Tammy Yiel

739. Sarduy Yurisleydi
740. Sarah Zachary
741. Jennifer Zetino
742. Margareth Zozaya